# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-358M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| GENE ELWOOD MOORE | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Violation of Pretrial Release (failure to appear for sentencing)

<u>Date of Detention Hearing</u>:   Initial Appearance July 7, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant failed to appear for sentencing in the Eastern District of North Carolina,

01  Southern Division, on October 31, 2005. The underlying charge was Possession of a Firearm by
02  a Felon. He has waived an identity hearing and an order of transfer has been signed by this court.
03        (2)   Defendant does not contest detention at this time.
04        (3)   Defendant poses a risk of nonappearance based on a history of failing to appear for
05  hearings as well as failure to appear for sentencing, outstanding warrants, and unknown
06  background information and unknown ties to this District. He poses a risk of danger based on
07  criminal history.
08        (4)   There does not appear to be any condition or combination of conditions that will
09  reasonably assure the defendant's appearance at future Court hearings while addressing the danger
10  to other persons or the community.
11  It is therefore ORDERED:
12        (1)   Defendant shall be detained pending trial and committed to the custody of the
13              Attorney General for confinement in a correction facility separate, to the extent
14              practicable, from persons awaiting or serving sentences or being held in custody
15              pending appeal;
16        (2)   Defendant shall be afforded reasonable opportunity for private consultation with
17              counsel;
18        (3)   On order of a court of the United States or on request of an attorney for the
19              Government, the person in charge of the corrections facility in which defendant is
20              confined shall deliver the defendant to a United States Marshal for the purpose of
21              an appearance in connection with a court proceeding; and
22        (4)   The clerk shall direct copies of this Order to counsel for the United States, to

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this <u>7th</u> day of July, 2006.

Mary Alice Theiler
United States Magistrate Judge